IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 20 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 1:22cr124-HSO-RPM

AXEL CHARLES COX                            42 U.S.C. § 3631
                                            18 U.S.C. § 844(h)

**The Grand Jury charges:**

COUNT 1

On or about December 3, 2020, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **AXEL CHARLES COX**, did, by force and threat of force, willfully intimidate and interfere with, and attempt to intimidate and interfere with, his Black neighbors, including P.B., S.C., Q.C., J.Y., and C.Y., whose identities are known to the Grand Jury, because of their race and color and because they were renting and occupying a dwelling, specifically, the defendant burned a cross in his front yard, and used threatening and racially derogatory remarks towards his neighbors, and the offense involved the use, attempted use, and threatened use of fire.

All in violation of Title 42, United States Code, Section 3631.

COUNT 2

On or about December 3, 2020, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **AXEL CHARLES COX**, knowingly used fire to commit a violation of Title 42, United States Code Section 3631, as set forth in Count One of this Indictment, a felony prosecutable in a court of the United States.

All in violation of Title 18, United States Code, Section 844(h).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in Count 2 of this Indictment, the defendant, AXEL CHARLES COX shall forfeit to the United States, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation and any and all of the property of the said defendant used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

Further, if any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the Court; d) has been substantially diminished in value; or e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States, pursuant to Section 853(p), Title 21, United States Code, to seek a judgment of forfeiture of any other property of said defendant up to the value of the forfeitable property described in this indictment or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) & (G), Title 18, United States Code, Section 982(a)(2)(B), Title 18, United States Code, Section 844(c), and Title 18, United States Code, Section 2461.

_____
DARREN J. LAMARCA
United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the ___20___ day of September 2022.

_____
UNITED STATES MAGISTRATE JUDGE