PRAECIPE FOR WARRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:22cR124-HSO-RPM

AXEL CHARLES COX
(wherever found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 20th day of September, 2022.

This the 20th day of September, 2022.

DARREN J. LAMARCA
United States Attorney

By: *Andrea C. Jones*
ANDREA C. JONES
Assistant U.S. Attorney
MSB #7664

Warrant issued:_____

FBI/ACJ