IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:22-cr-00124-HSO-RPM

AXEL CHARLES COX

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes Darren J. LaMarca, United States Attorney, in and for the Southern District of Mississippi, and respectfully represents:

That AXEL CHARLES COX, MDOC# 227982, is presently in custody of the Warden of Stone County Correctional Facility, Wiggins, Mississippi, and is a defendant in this cause, and said defendant's presence is required in the Southern District of Mississippi at Gulfport, Mississippi, on September 23, 2022, at 10:30 a.m., for certain proceedings in regard to the above-mentioned criminal action wherein this person is a defendant.

WHEREFORE, premises considered, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue directing the Warden of Stone County Correctional Facility, Wiggins, Mississippi, to deliver the body of AXEL CHARLES COX, MDOC# 227982, to any United States Marshal, or his deputy or any authorized law enforcement officer, and have said defendant there on September 23, 2022, at 10:30 a.m., for certain proceedings and thereafter at such times and places as required by the Court until the case is disposed of, and thereafter any United States Marshal, or his deputy or any authorized law enforcement officer, shall return the defendant to the Warden aforesaid under safe and secure conduct.

And your petitioner further prays for such other and further orders as may be necessary in the premises.

Date: <u>September 22, 2022</u>

Respectfully submitted,

DARREN J. LAMARCA
United States Attorney

By:

Andrea C. Jones
Assistant United States Attorney
MS Bar # 7664
1575 20th Avenue
Gulfport, MS 39501
Ph: (228)563-1560
Fax: (228)563-1571
Andrea.Jones@usdoj.gov