# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

Before the Honorable Robert P. Myers, Jr.

Initial Appearance/Arraignment

| Case Number: | **1:22-cr-00124-HSO-RPM** | UNITED STATES vs. **Cox** | |
|---|---|---|---|
| Hearing Date: | 9/23/2022 | Time In and Out: | 10:48 AM to 10:59 AM |
| Clerk: | SR | Courtroom: | 881 |
| Defendant: | **Axel Charles Cox** | Defendant's Counsel: | John Weber |
| AUSA: | Andrea Jones | Pretrial/Probation: | Sandra Doll |
| Interpreter: | N/A | DUSM(s): | Dominique Kendrick/Bill Markopoulos |
| CSO: | John Holland | | |

## PROCEEDINGS

| | |
|---|---|
| ☒ | Defendant sworn |
| ☒ | Defendant received a copy of charging document |
| ☒ | Defendant waives reading of Indictment |
| ☒ | Defendant enters a Not Guilty plea |
| ☒ | Discovery Order entered |
| ☒ | Trial Date:  November 7, 2022 before U.S. District Judge Halil S. Ozerden. |

## Custody Status

| | | |
|---|---|---|
| ☒ | Defendant confessed grounds for detention and signed a Waiver of Right to a Detention Hearing | |
| ☒ | Defendant remanded to the custody of the U.S. Marshals pending further order of the Court. | Order of Detention entered. |
| ☐ | Bond and Conditions entered. | |

## Other

| | |
|---|---|
| ☒ | Brady Order executed. |